**[J-109B-2016 and J-109A-2016]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ASSOCIATION OF PENNSYLVANIA STATE COLLEGE AND UNIVERSITY FACULTIES, | : | No. 10 MAP 2016 |
| | : | |
| | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 407 MD |
| Appellant | : | 2015 dated January 13, 2016, exited |
| | : | January 14, 2016. |
| | : | |
| v. | : | ARGUED: November 2, 2016 |
| | : | |
| | : | |
| PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION; COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| | : | |
| Appellee | : | |
| | | |
| ASSOCIATION OF PENNSYLVANIA STATE COLLEGE AND UNIVERSITY FACULTIES, | : | No. 78 MAP 2015 |
| | : | |
| | : | Appeal from the Order of the |
| | : | Commonwealth Court at 407 MD 2015 |
| Appellee | : | dated September 17, 2015. |
| | : | |
| | : | ARGUED: November 2, 2016 |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION; COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| | : | |
| Appellant | : | |

## <u>ORDER</u>

**PER CURIAM**                                                     **DECIDED: April 26, 2017**

**AND NOW,** this 26th day of April, 2017, the order of the Commonwealth Court dated January 13, 2016, amending its order dated September 17, 2015, is **affirmed.**